IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00514-KDB-SCR

| KALISHWAR DAS, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MECKLENBURG COUNTY SUPERIOR COURT ADMINISTRATION[1], | |
| Defendant. | |

**THIS MATTER** is again before the Court even though it has already been twice dismissed. *See* Doc. Nos. 21, 25. On February 29, 2024, Plaintiff filed a Motion to Set Aside Clerk's Judgment, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Dismiss/Failure to State a Claim and Order on Motion for Entry of Default. Doc. No. 26. Then, after Defendant did not file a response to that motion (which it was allowed but not required to file), Plaintiff filed a Motion for Default Judgment on March 27, 2024. Doc. No. 27.

For the same reasons stated in its earlier decision to deny Plaintiff's Motion for Reconsideration, his second motion seeking the same reconsideration and the related motion for default judgment are also denied. **The Court has made its rulings, this matter has ended and the Plaintiff must respect the result, in accordance with the governing rules.** No further motions for repetitive "reconsideration" of the Court's rulings should be filed.

---

[1] The name of the defendant in the caption is taken directly from Plaintiff's most recent (and operative) Amended Complaint. Doc. No. 7. **Further, as explained in the Court's Order granting Defendant's Motion to Dismiss, the result would be the same if the Defendant was listed as North Carolina Superior Court.** *See* Doc. No. 21.

1

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's motions Doc. Nos. 26 and 27 are **DENIED**; and

2. The Clerk is directed to keep this matter closed in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: March 28, 2024

Kenneth D. Bell
United States District Judge